**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:21–mj–02016 |
| | § | |
| Ricardo Cesar Guedes | § | |

**ORDER FOR REIMBURSEMENT
OF COURT APPOINTED COUNSEL**

    Upon review of Defendant's Financial Affidavit, the Court has determined that the Defendant qualifies for court appointed counsel in accordance with the Criminal Justice Act. The Defendant is, however, able to make a financial contribution towards his/her legal representation. It is therefore,

    ORDERED that Defendant pay $250.00 per month on or before the day of each month until the termination of this case.

    Payment should be made in the form of a money order or cashier's check, made payable to **Clerk, U.S. District Court**, and mailed to **U.S. District Court, Financial Section, P.O. Box 61010, Houston, Texas 77208**.

Date: September 23, 2021

_____
Dena Hanovice Palermo
United States Magistrate Judge