**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21–mj–02016 |
| § | |
| Ricardo Cesar Guedes § | |

# ORDER APPOINTING COUNSEL

    Because the Defendant, Ricardo Cesar Guedes, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Federal Public Defender

    The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on September 23, 2021.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge