United States District Court
Southern District of Texas
**ENTERED**
September 23, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21–mj–02016 |
| § | |
| Ricardo Cesar Guedes § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Detention Hearing
September 24, 2021 at 10:00 AM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 23, 2021

Dena Hanovice Palermo
United States Magistrate Judge