**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **Criminal No.  4:21cr517** |
| **RICARDO CESAR GUEDES**<br>  **aka WILLIAM ERICSON LADD** | § § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
**False Statement in Passport Application**
**(18 U.S.C. § 1542)**

On or about July 24, 2013, November 5, 2018, and December 15, 2020, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant

**RICARDO CESAR GUEDES**
**aka WILLIAM ERICSON LADD**

willfully and knowingly made a false statement in the application for a United States passport, namely, purporting to be William Ericson Ladd, with the intent to induce and secure the issuance of a passport under the authority of the United States of America, contrary to the laws regulating the issuance of passports and rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

## COUNT 2
### False impersonation of a U.S. citizen
### (18 U.S.C. § 911)


On or about November 5, 2018, and December 15, 2020, in the Houston Division of the

Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant

### RICARDO CESAR GUEDES
### aka WILLIAM ERICSON LADD

a citizen of Brazil and therefore an alien in the United States, falsely and willfully represented

himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

**COUNT 3**
**Entry by false pretenses to a secure area of any airport or seaport**
**(18 U.S.C. § 1036)**

On or about September 14, 2021, in the Houston Division of the Southern District of Texas

and elsewhere within the jurisdiction of the Court, Defendant

**RICARDO CESAR GUEDES**
**aka WILLIAM ERICSON LADD**

by fraud and false pretenses, entered a secure area of an airport.

All in violation of Title 18, United States Code, Section 1036.


**A TRUE BILL**


# Original Signature on File

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney


By: *Michael Day*
MICHAEL E. DAY
Assistant United States Attorney
(713) 567-9000