USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:21cr517**

HOUSTON DIVISION

USAO Number:    2021R07906
Magistrate Number:   H-21-mj-2016

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed   *October 21, 2021*   Judge:

**Hanks**

Nathan Ochsner, Clerk of Court

ATTORNEYS:

UNITED STATES of AMERICA
vs.

| | Appt'd | Private |
|---|---|---|
| **Jennifer B. Lowery, Acting USA** (713) 567-9000 | | |
| MICHEAL E. DAY, AUSA (713) 567-9000 | | |
| RICARDO CESAR GUEDES — Rosa Victoria Gilcrease-Garcia | ☑ | ☐ |
| aka William Ericson Ladd | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1:  False Statement in Passport Application [18 U.S.C. § 1542]

Ct. 2:  False impersonation of a U.S. citizen [18 U.S.C. § 911]

Ct. 3:  Entry by false pretenses to a secure area of any airport or seaport [18 U.S.C. § 1036]

PENALTY:   Ct. 1:  Not more than 5 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment.
Ct. 2:  Not more than 3 years imprisonment; a fine of up to $250,000; not more than 1 year supervised release; and a $100 special assessment.
Ct. 3:  Not more than 6 months imprisonment; a fine of up to $5,000; not more than 1 year supervised release; and a $10 special assessment.

☑ In Jail  FDC

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: