United States District Court
Southern District of Texas
**ENTERED**
October 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 4:21-CR-517 |
| | § | |
| RICARDO CESAR GUEDES, aka | § | |
| WILLIAM ERICSON LADD, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Counsel for Defendant Ricardo Cesar Guedes made an oral motion at the detention hearing, requesting that the hourly fee Defendant was required to pay for his court-appointed counsel be reduced. The Court took the motion under advisement, pending a determination on detention. Because the Court ordered that Defendant be detained pending trial, he is no longer able to work or access his assets. Therefore, the Court GRANTS Defendant's motion and ORDERS that Mr. Guedes is no longer required to pay any portion of the attorneys' fee towards his defense.

Signed on October 25, 2021, at Houston, Texas.

Dena Hanovice Palermo
United States Magistrate Judge