To: The Honorable Judge Hanks

January 7, 2022

515 Rusk Ave
Houston, Texas 77002

Dear Sir,

My name is Kathleen Klingaman. I am a United Airlines Flight attendant of 43 years. I have known Eric Ladd for the past 20 years. In all that time I have had ample opportunity to access his character and work ethic.
I know Eric to be a hard working professional. He has made many contributions to United at large and to his flying partners on a personal basis.

Eric accompanied me on many occasions when flying to Accra, Ghana to visit a small Christian School. We brought school supplies regularly, each sponsored a student absorbing the entirety of their tuition fees, and spear headed a fundraiser to purchase new soccer uniforms for this school. Eric brought all of the new uniforms to the school and presented them to the headmaster. All of this was accomplished on our layover time in Accra which we gladly sacrificed for the benefit of these students. When United Airlines pulled the route to Ghana Eric continued to stay in touch with the young student. He sent money monthly to cover this young boys education.

Eric is one of the finest individuals I have had the pleasure of meeting and knowing personally. He is more heart than body. These are the the exact words that I have always used to describe Eric to others. My life has been enhanced for knowing him.
I would hope that this might be taken into consideration when determining the outcome of his present situation.

Thank you for your time and consideration.

Kathleen Klingaman

5550 Crone Road
Dover, Pa. 17315

717-292-2884  (land line)

United States Courts
Southern District of Texas
FILED

JAN 24 2022

Nathan Ochsner, Clerk of Court


Gary A Klingaman  Kathleen


G. & K. Klingaman
5550 Crone Rd
Dover, PA 17315-2462

United States Courts
Southern District of Texas
FILED

JAN 24 2022

Nathan Ochsner, Clerk of Court



7020 3160 0001 8399 1510

The Honorable Judge George H
515 Rusk Ave.
Houston, Texas 77002-260

CPU 

U.S. POSTAGE
$3.75
FCML 0000
Orig: 17408
Dest: 77002
01/17/22
2000052566

77002-260099